Richard A. Marshack
rmarshack@marshackhays.com
MARSHACK HAYS LLP
5410 Trabuco Road, Suite 130
Irvine, CA 92620
Telephone:  (949) 333-7777
Facsimile:  (949) 333-7778

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>**WILLIAM EARL PAGE**<br>**BARBARA ANN PAGE,**<br><br>Debtors. | Case No.  8:08-bk-16730-TA<br><br>Chapter  7<br><br>**REPORT OF UNDISTRIBUTED BALANCE UNDER FEDERAL BANKRUPTCY RULE 3011**<br><br>[No Hearing Required] |

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto check number  1033 , in the amount of $ 16.63  representing the total undistributed balance in the above-entitled Debtor's estate, which will create a zero balance in the bank account.  Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  The name(s) and address(es) of the Parties entitled to said unclaimed funds is as follows.  See Attachment.

Date:   March 8, 2011        /s/  Richard A. Marshack
                             Richard A. Marshack
                             Trustee

1

M:\TCMSWIN\DOCMAN\PAGE, WILLIAM\UNCLAIMED DIVIDENDS - 5000-000

ATTACHMENT

PAGE, WILLIAM EARL
8:08-bk-16730

| Claim # | Name | Address | Amount |
|---|---|---|---|
|  |  |  |  |
| 23 | RIGHTCLICK | 2907 S. OAK ST, SUITE 100 SANTA ANA, CA 92707-3722 | $16.33 |
|  |  | Total Unclaimed Dividends | $16.33 |

2

M:\TCMSWIN\DOCMAN\PAGE, WILLIAM\UNCLAIMED DIVIDENDS - 5000-000

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
5410 TRABUCO ROAD, SUITE 130, IRVINE, CA 92620

A true and correct copy of the foregoing document described as **REPORT OF UNDISTRIBUTED BALANCE UNDER FEDERAL BANKRUPTCY RULE 3011** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 8 , 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
- D Edward Hays ehays@marshackhays.com
- Halli B Heston hheston@hestonlaw.com, pnelson@hestonlaw.com
- Joe M Lozano notice@NBSDefaultServices.com
- Richard A Marshack pkraus@marshackhays.com, rmarshack@ecf.epiqsystems.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Dennis Winters winterslawfirm@cs.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **March 9, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

U.S. Bankruptcy Court
c/o Fiscal Department
255 East Temple Street
Los Angeles, CA 90012

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March , 2011,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 9, 2011 | Pamela Kraus | /s/ Pamela Kraus |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010* **F 9013-3.1.PROOF.SERVICE**